HENRY KEIM and MARIE KEIM, Plaintiffs, v. ABE OREL, Defendant. (Action No. 1.) ABE OREL, Plaintiff, v. HENRY KEIM and MARIE KEIM, Defendants. (Action No. 2.) HELEN LEFKOWITZ, Appellant, v. HENRY KEIM and MARIE KEIM, Respondents, and ABE OREL, Defendant. (Action No. 3.) MARION SANDERS MINK and HERMAN MINK, Appellants, v. HENRY KEIM, Respondent, and ABE OREL, Defendant. (Action No. 4.) ABRAHAM ALTSCHULER, Appellant, v. ABE OREL, Defendant, and HENRY KEIM, Respondent. (Action No. 5.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.